IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GREGORY MARCUM** § | |
| § | |
| § | |
| **VS.** § | |
| § | **C.A. NO. 4:16-cv-2008** |
| **SUPERIOR FLOOD** § | |
| **INSURANCE COMPANY** § | |

## JOINT MOTION TO DISMISS

COME NOW, **GREGORY MARCUM**, Plaintiff, and **SUPERIOR FLOOD, INC.**, Defendant and file this Joint Motion to Dismiss and in support of respectfully show as follows:

1. The parties have reached a settlement of all claims in this matter. As such, they no longer wish to prosecute any of the alleged claims and hereby request that this court dismiss all claims with prejudice to their refiling. It is further agreed that both parties will bear their own costs.

WHEREFORE, PREMISES CONSIDERED, **GREGORY MARCUM**, Plaintiff, and **SUPERIOR FLOOD, INC.**, Defendant pray that this Court grant their Joint Motion to Dismiss and to further grant them whatever other relief, both in law and equity, to which they may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF KEVIN R. MICHAELS, P.C.**

By: */s/ Kevin R. Michaels*
Kevin R. Michaels
State Bar No.: 00784598
888 W. Sam Houston Pkwy. S., Suite 226
Houston, Texas 77042
Telephone: 281-496-9889
Facsimile: 281-496-4211

kmichaels@michaelslaw.net
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**


**BRACKETT & ELLIS, P.C.**

By: */s/ Richard H. Gateley*
Richard H. Gateley
State Bar No. 07752500
Federal I.D. 12634
rgateley@belaw.com
Carter L. Ferguson
State Bar No. 06909500
Federal I.D. 33538
cferguson@belaw.com
100 Main Street
Fort Worth, Texas 76102-3090
817-338-1700 phone
817-870-2265 fax

**ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically on this 19th day of January 2017. Additionally, parties may access this filing through the Court's system and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


*/s/ Kevin R. Michaels*
Kevin R. Michaels

620978-v1/14314-006000